**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:22-cv-3-WWB-DCI

JON SCHOONMAKER, MARJORIE SCHOONMAKER

**PLAINTIFF(S)**
V.

DEPUTY NATHANEAL ROWELL,
DEPUTY MITCHELL HANNON,
SHERIFF WAYNE IVEY,

**DEFENDANT(S)**
_____/

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on 9/29/2022. The conference resulted in the following:

- ✓ The parties reached an agreement.
- ___ The parties did not reach an agreement.
- ___ The conference has been adjourned.
- ___ Other

Dated 9/29/2022

Respectfully submitted,
**Gregory Miles, Mediator**
Mediator # **15683CR**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698