UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JON SCHOONMAKER, and
MARJORIE SCHOONMAKER

    Plaintiffs,

vs.

CASE NUMBER: 6:22-cv-3

DEPUTY NATHANAEL ROWELL,
Individually;
DEPUTY MITCHELL HANNON,
Individually;
SHERIFF WAYNE IVEY,
in his official capacity as Sheriff of
the Brevard County Sheriff's
Department;

    Defendants.
_____/

## MOTION TO REOPEN FOR FURTHER PROCEEDINGS

COMES NOW, Plaintiffs, JON SCHOONMAKER and MARJORIE SCHOONMAKER, by and through the undersigned Counsel, and moves this Honorable Court to reopen the case for further proceedings, and for reasons states as follows:

1. On September 29, 2022, the parties attended mediation. Due to Hurricane Ian, technical issues arose. While the parties thought an agreement was met, it was not put in writing or signed by the parties. (Doc 24)

2. A dispute has arisen regarding the terms of the agreement. While the parties have been in communication, a resolution has not been achieved and does not seem forthcoming.

3. On November 30, 2022, the Court entered an Order Extending the Dismissal Without Prejudice, until December 30, 2022. (Doc 27) The Court directed the parties within thirty days to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.

4. Since a settlement agreement has not been reached, Plaintiffs move this Court to reopen the case for further proceedings as the lack of a meeting of the minds is good cause.

## MEMORANDUM OF LAW

Pursuant to Local Rule 3.09(b) DISMISSAL. When notified of an agreement to settle a civil action, a judge may dismiss the case subject to the right of a party to move within a stated time to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.

Other Courts in this District have previously determined that "the determinative issue [under the good cause standard] is whether the [negotiated] settlement agreement should be set aside." *Gemini Ins. Co. v. Lutfi Inv. Co., Inc.*, No. 618CV1130ORL40LRH, 2019 WL 13083755, at *1 (M.D. Fla. Oct. 15, 2019)

Citing *Menaged v. City of Jacksonville*, No. 3:11-cv-586, 2013 WL 461999 at *2 (M.D. Fla. Jan. 14, 2013).

Here, there was never a negotiated settlement agreement. There is a disputed fact with regards to the terms of the alleged agreement, which was never put in writing and agreed to by all parties. A meeting of the minds was never made and therefore no agreement was made. The essence of the failure to have a meeting of the minds is that while the monetary terms were clear and distinct, the non-monetary terms that were crucial consideration for the Plaintiffs were apparently not, so there was no meeting of the minds.

For the reasons stated in the Motion it is respectfully submitted that good cause has been shown and the Motion should be granted.

**WHEREFORE**, Plaintiffs respectfully request that the District Court grant the instant Motion and reopen the case for further proceedings.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to the mandates of Local Rule 3.01(g), Rules of the U.S. District Court for the Middle District of Florida, the undersigned counsel has conferred with Defense Counsels, Jeffrey Grant, Esq. and Bruce Bogan, Esq. who object to the requested relief, as they contend there was a settlement.

        **MICHAEL P. MADDUX, P.A.**

        *s/ Michael P. Maddux*_____
        Michael P. Maddux, Esquire
        Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on this 15th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

        **MICHAEL P. MADDUX, P.A**

        *s/ Michael P. Maddux*_____
        Michael P. Maddux, Esquire
        Trial Counsel for Plaintiffs
        Florida Bar Number: 0964212
        2102 West Cleveland Street
        Tampa, Florida 33606
        Telephone: (813) 253-3363
        Facsimile: (813) 253-2553
        E-mail: mmaddux@madduxattorneys.com
        Secondary: jszymczak@madduxattorneys.com
        Ctonski@madduxattorneys.com