UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JON SCHOONMAKER and
MARJORIE SCHOONMAKER,

    Plaintiffs,

vs.                                        CASE NO.: 6:22-CV-00003-WWB-DCI

DEPUTY NATHANAEL ROWELL,
Individually;
DEPUTY MITCHELL HANNON,
Individually;
SHERIFF WAYNE IVEY,
in his official capacity as Sheriff of the
Brevard County Sheriff's Department;

    Defendants.
_____/

## DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN FOR FURTHER PROCEEDINGS (DOC. 28)

    Defendants, Wayne Ivey, in his official capacity as Sheriff of Brevard County, Florida, Nathanael Rowell and Mitchell Hannon, by and through their respective counsel, file this Joint Response in Opposition to Plaintiffs' Motion to Reopen for Further Proceedings (Doc. 28), and state:

    For the reasons set forth in Defendants' Joint Motion to Enforce Mediated Settlement (Doc. 29), Defendants oppose Plaintiffs' Motion to Reopen for Further Proceedings (Doc. 28), and request that the settlement reached at mediation on September 29, 2022 should be enforced. (See Doc. 29.)

DATED this 28th day of December, 2022.

| | |
|---|---|
| *s/ Bruce R. Bogan* | *s/ Jeffrey K. Grant* |
| BRUCE R. BOGAN, ESQ. | JEFFREY K. GRANT, ESQ. |
| Florida Bar No.: 599565 | Florida Bar No.: 0091197 |
| *bbogan@hilyardlawfirm.com* | *grant@debevoisepoulton.com* |
| HILYARD, BOGAN & PALMER, P.A. | DeBEVOISE & POULTON, P.A. |
| P.O. Box 4973 | 1035 S. Semoran Blvd., Suite 1010 |
| Orlando, Florida 32802–4973 | Winter Park, Florida 32792 |
| Telephone: 407–425–4251 | Telephone: 407-673-5000 |
| Facsimile: 407–841–8431 | Facsimile: 321-203-4304 |
| Attorneys for Defendant Rowell | Attorneys for Defendants Hannon and Ivey |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Michael P. Maddux, Esq. and Jennifer Szymczak, Esq., *mmaddux@madduxattorneys.com* and *jszymczak@madduxattorneys.com*, Michael P. Maddux, PA, 2102 W. Cleveland Street, Tampa, Florida 33606; and Bruce R. Bogan, Esq. and David R. Jadon, Esq., *bbogan@hilyardlawfirm.com* and *djadon@hilyardlawfirm.com*, Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, Florida 32802.

*s/ Jeffrey K. Grant*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Blvd., Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Hannon and Ivey