# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JON SCHOONMAKER, and**
**MARJORIE SCHOONMAKER**

    Plaintiffs,

vs.

                                             **CASE NUMBER: 6:22-cv-3**

**DEPUTY NATHANAEL ROWELL,**
**Individually;**
**DEPUTY MITCHELL HANNON,**
**Individually;**
**SHERIFF WAYNE IVEY,**
in his official capacity as Sheriff of
the Brevard County Sheriff's
Department;

    Defendants.
_____/

## NOTICE OF RESOLUTION

    **COMES NOW**, the Plaintiffs, JON SCHOONMAKER and MARJORIE SCHOONMAKER, by and through the undersigned Counsel, pursuant to Local Rule 3.09, hereby serves this Notice of Resolution of all claims between Plaintiffs and the Defendants.

Page 1 of 2

Respectfully submitted,

**MICHAEL MADDUX, P.A.**

*/s/ Jennifer M. Szymczak*
Jennifer M. Szymczak, Esquire
Florida Bar Number: 85487
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Facsimile: (813) 253-2553
Email: mmaddux@madduxattorneys.com
jszymczak@madduxattorneys.com
ctonski@madduxattorneys.com
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on this 24th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**MICHAEL P. MADDUX, P.A.**

*s/Jennifer M. Szymczak*
Jennifer M. Szymczak, Esquire